## 56626. WILLIAMS v. THE STATE.

WEBB, Judge.

Eddie Williams appeals his conviction of robbery by intimidation, enumerating error upon the overruling of his motions to suppress evidence directed to identification testimony of state's witnesses anticipated to be adduced at trial. Motions to suppress cannot be used for this purpose (*Foote v. State*, 141 Ga. App. 18 (232 SE2d 366) (1977)); and no error of law appearing, the judgment is affirmed.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED SEPTEMBER 7, 1978— DECIDED SEPTEMBER 21, 1978.

*Macklyn A. Smith*, for appellant.
*Bryant Huff, District Attorney, Malcolm C. McArthur, William P. Rowe, III, Dawson Jackson,*

*Assistant District Attorneys,* for appellee.